# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| James Russo, | Case No. 3:09cv-945-S |
| Plaintiff, | **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF** |
| v. | |
| Capital Management Services, LP, | |
| Defendant. | **JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a natural person who resided in Louisville, Kentucky at all times relevant to this action.

3. Defendant is a Delaware Limited Partnership that maintained its principal place of business in Buffalo, New York at all times relevant to this action.

4. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. As described below, Defendant attempted to collect a debt from Plaintiff, which is a "debt" as defined by 15 U.S.C. §1692a(5)

6. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

7. On or around June 13, 2009, Plaintiff retained an attorney to file bankruptcy.

8. In or around late August 2009 or early September 2009, Plaintiff informed Defendant that Plaintiff had retained an attorney to file bankruptcy, asked that Defendant no longer contact him about the debt, and provided his attorney's contact information.

9. On or around September 11, 2009, Defendant telephoned Plaintiff's attorney office and asked for verification that Plaintiff was represented.

10. During this communication, Plaintiff's attorney's office verified that Plaintiff was indeed represented for a chapter 7 bankruptcy.

11. On or around September 23, 2009, Defendant telephoned Plaintiff in order to collect the debt.

12. During this communication, Defendant falsely represented that Plaintiff's attorney's office had advised Defendant that they did not represent Plaintiff.

13. On or around October 6, 2009, Defendant telephoned Plaintiff in order to collect the debt.

14. During this communication, Plaintiff again informed Defendant that Plaintiff was represented by an attorney.

15. During this communication, Defendant falsely represented that Defendant had never received any such notice prior to this telephone call.

16. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

17. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692c by communicating with Plaintiff in connection with the collection of the debt despite having knowledge that Plaintiff was represented by an attorney.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

22. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

23. The Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means to collect the debt.

## JURY DEMAND

24. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

25. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.
Attorneys for Plaintiff

By: /s/ Debbie D. Bowman
    Debbie D. Bowman
    332 W. Broadway, # 300
    Heyburn Building
    Louisville, KY 40202
    Telephone: 866-339-1156
    Email: ddb@legalhelpers.com